FRANK P. GIONFRIDDO, ADMINISTRATOR (ESTATE OF KIM MARIE GIONFRIDDO), ET AL. *v.* GARTENHAUS CAFE

The plaintiffs' petition for certification for appeal from the Appellate Court, 15 Conn. App. 392, is granted, limited to the following issue:

"Is the plaintiff collaterally estopped from seeking an additional recovery from a defendant by virtue of the plaintiff's judgment against third parties not in privity with the defendant?"

*Edward F. Hennessey,* in support of the petition.

*Henry C. Ide,* in opposition.

Decided September 20, 1988

ADOLPH LUCIANI ET AL. *v.* THE STOP AND SHOP COMPANIES, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 15 Conn. App. 407, is denied.

*William F. Gallagher,* in support of the petition.

*Jeffrey J. Mirman* and *Peter Schwartz,* in opposition.

Decided September 20, 1988

STATE OF CONNECTICUT *v.* WILLIAM MCNELLIS

The defendant's petition for certification for appeal from the Appellate Court, 15 Conn. App. 416, is denied.

*James Swaine,* special public defender, in support of the petition.

*Judith Rossi,* deputy assistant state's attorney, in opposition.

Decided September 20, 1988